**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SHAKEER REESE, | ) |
| Petitioner, | ) |
| | ) Civil Action No. 05-281 Erie |
| v. | ) |
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE, | ) |
| Respondent. | ) |

## MEMORANDUM ORDER

AND NOW, this 8th day of December, 2006, and upon review, *nunc pro tunc,* of Petitioner's untimely filed objections [Doc. No. 21] to Magistrate Judge Susan Paradise Baxter's report and recommendation [Doc. No. 18] filed November 13, 2006 recommending that Petitioner's Petition for Writ of Habaes Corpus be dismissed and that a certificate of appealability be denied, the following order is entered:

IT IS HEREBY ORDERED that Petitioner's Petition for Writ of Habeas Corpus is DISMISSED and a certificate of appealability is DENIED.

The Report and Recommendation [Doc. No. 18] of Magistrate Judge Baxter, filed on November 13, 2006, is adopted as the opinion of the Court.


        s/   Sean J. McLaughlin
        United States District Judge

cm:   All parties of record
      Susan Paradise Baxter, U.S. Magistrate Judge